UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**DANIEL P. KANAAN**,

           Plaintiff,

v

**MICHAEL A. FALSETTI, KRISTIN JOHNSON, KEITH STONE, JONATHAN SIRKEN, NATHAN ZAUTCKE, ADAM WIENER, DOMINIC FALSETTI, ADVANCED COMMUNICATIONS, INC**. a Michigan corporation, **M&D AUTO, LLC,** a Michigan limited liability company, **FKS PROPERTIES, LLC**, a Michigan limited liability company, **FALKAN ENTERPRISES, LLC**, a Michigan limited liability company; and **UNNAMED COCONSPIRATORS JOHN** and **JANE DOES** 1 through 100, jointly and individually,

           Defendants.

Case No. 2:12-cv-11680-GAD-LJM
Hon. Gershwin A. Drain

**STIPULATED ORDER OF CONDITIONAL DISMISSAL WITHOUT PREJUDICE**

**STIPULATED ORDER OF CONDITIONAL
DIMISSAL WITHOUT PREJUDICE**

    **THIS MATTER** having come before the Court on the stipulation of the Parties, as evidenced by the signature of their respective counsel below, the Court finding good cause for the entry hereof and the Court being otherwise fully advised;

    **IT IS HEREBY ORDERED** that this matter is hereby conditionally dismissed without prejudice with the parties to bear their own *costs*.

                                            /s/Gershwin A Drain
                                            GERSHWIN A. DRAIN
                                            US District Court Judge

Dated: April 26, 2013

Stipulated to as to Form and Content:

        /s/
Lynn M. Brimer (P43291)
George S. Fish (P51298)
Strobl & Sharp, P.C.
Attorneys for Plaintiff
300 East Long Lake Road, Suite 200
Bloomfield Hills MI 48304-2376
(248) 205-2764  Fax (248) 205-2788
lbrimer@stroblpc.com
gfish@stroblpc.com

        /s/
William D. Gilbride, Jr. (P36830)
Timothy J. Kramer (P36223)
Kristen L. Baiardi (P71931)
Abbott Nicholson
Attorneys for Defendants Advanced Communications, Inc., M & D Auto, LLC,
FKS Properties, LLC, Falkan Enterprises, LLC
300 River Place, Suite 3000
Detroit, MI  482107-4225
(313) 566-2500
wdgilbride@abottnisholson.com
klbaiardi@abbottnicholson.com
tjkramer@abbottnicholson.com

        /s/
David Griem (P43291)
Attorney for Defendant, M. Falsetti
500 Griswold Avenue, Suite 2400
Detroit, MI  48226
(313) 962-8600
davidgriemlaw@gmail.com

        /s/
Patrick F. Hickey (P36648)
Andrew J. Kolozsvary (P68885)
Dykema Gossett
Attorneys for Defendants Sirken, Zautcke, Wiener & D. Falsetti
400 Renaissance Center
Detroit, MI  48243-1668
(313) 568-6800
phickey@dykema.com
akolozsvary@dykema.com

        /s/
Michael W. Edmunds (P43291)
Edmunds Law
Attorneys for Defendant, Stone
10683 S. Saginaw Street, Suite D
Grand Blanc, MI  48439
(810) 771-8416
MEdmunds@EdmundsLawOffice.com

*S&B\85123\007\PLDG\SB404700.DOCX